JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAYCHELE NAVARRO, | ) Case No.: 5:24-cv-01911-JDE |
| Plaintiff, | ) |
| vs. | ) JUDGMENT OF REMAND |
| LELAND DUDEK, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Remand (Dkt. 20, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:   March 11, 2025

JOHN D. EARLY  
United States Magistrate Judge